IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01979-MEH

NINA LINDSTROM, and
ROBERT LINDSTROM,

      Plaintiffs,

v.

CENTURY COMMUNITIES, INC., and
CENTURY AT AUTUMN VALLEY RANCH, LLC,

      Defendants.

―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

## ORDER CLOSING CASE
―――――――――――――――――――――――――――――――――――――――――――――――――――――――――――

**Michael E. Hegarty, United States Magistrate Judge**.

      Before the Court is a Stipulation for Dismissal with Prejudice. ECF No. 33. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, this case is voluntarily **dismissed with prejudice**, with each party to bear his, her, or its own fees and costs. The Clerk of the Court is directed to close this case.

      Dated and entered at Denver, Colorado this 18th day of June, 2019.

                                                  BY THE COURT:

                                                Michael E. Hegarty
                                                United States Magistrate Judge